FILED
4/13/15 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| THOMAS J. NEE, *Debtor* | : : : | Case No. 14-22944-TPA<br><br>Chapter 13 |
| THOMAS J. NEE, *Plaintiff* | : : : | Adv. No. 14-2244-TPA |
| v. | : : | Related to Doc. Nos. 13, 16, 26 |
| STERLING ROSS & ASSOCIATES, LLC and JARED GALLERIA of JEWELERS, *Defendants* | : : : | |

## JUDGMENT ORDER

*AND NOW*, this **13th** day of **April, 2015**, pursuant to *Fed.R.Bankr.P. 7055*, incorporating *Fed.R.Civ.P. 55(b)(2)*, upon consideration of the ***Motion for Default Judgment*** filed by the Plaintiff, and following the evidentiary hearing held on April 6, 2015, and for the reasons set forth in the *Memorandum Opinion* filed this date at Doc. No. 38, it is **ORDERED, ADJUDGED** and **DECREED** that ***judgment is entered*** in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $5,178.

It is **FURTHER ORDERED** that Debtor's Counsel shall promptly serve a copy of the *Memorandum Opinion* and this *Judgment Order* on the Defendants and file a certificate of service.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Brian Thompson, Esq.
    Debtor